**BECKER LLC**
Michael E. Holzapfel, Esq. (031022002)
Kristen J. Coleman, Esq. (124152015)
354 Eisenhower Parkway
Livingston, New Jersey 07039
(973) 422-1100
meholzapfel@becker.legal
kjcoleman@becker.legal
Attorneys for Defendant
Horizon Blue Cross Blue Shield of New Jersey

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAWN BUONGIOVANNI, | Case No.: 1:18-cv-11641-NLH-AMD |
| Plaintiff, | CIVIL ACTION |
| v. | |
| HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; DYNASIL CORPORATION OF AMERICA; AND EVICORE HEALTHCARE, | **STIPULATION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Plaintiff and the attorneys for Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon") that (1) Horizon was served with a copy of the Amended Complaint by way of Waiver of Service of Summons on August 10, 2018; (2) the time within which Horizon can answer, move, or otherwise plead in this action is extended from October 9, 2018 to November 8, 2018 by agreement; and (3) this Stipulation shall not serve or be construed as a waiver of any rights, remedies, claims, or defenses by Plaintiff or Horizon.

| | |
|---|---|
| THE COCO LAW FIRM LLC<br>Attorneys for Plaintiff | BECKER LLC<br>Attorneys for Defendant Horizon Blue Cross<br>Blue Shield of New Jersey |
| By: _____<br>Michael J. Coco, Esq. | By: _____<br>Kristen J. Coleman, Esq. |
| Dated: 10-11-18 | Dated: 10-11-18 |