## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN BUONGIOVANNI and ANGELO BUONGIOVANNI, <br><br> Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; DYNASIL CORPORATION OF AMERICA; AND EVICORE HEALTHCARE, <br><br> Defendants. | Case No.: 1:18-cv-11641-NLH-AMD <br><br> CIVIL ACTION <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs, Dawn Buongiovanni and Angelo Buongiovanni, and Defendants, Horizon Blue Cross Blue Shield of New Jersey, Dynasil Corporation of America, and CareCore National, LLC d/b/a eviCore Healthcare (incorrectly pled as "eviCore Healthcare"), through their undersigned counsel, that the claims by Plaintiffs against all Defendants are hereby dismissed from the above-captioned civil action in their entirety with prejudice, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| **THE COCO LAW FIRM LLC** <br> Attorneys for Plaintiff | **BECKER LLC** <br> Attorneys for Defendant Horizon Blue Cross Blue Shield of New Jersey |
| By: */s/ Michael J. Coco* <br>     Michael J. Coco, Esq. | By: */s/ Kristen J. Coleman* <br>     Kristen J. Coleman, Esq. |
| Dated: February 27, 2019 | Dated: February 27, 2019 |
| **BIANCAMANO & DISTEFANO, P.C.** <br> Attorneys for Defendant Dynasil Corporation of America | **COZEN O'CONNOR, P.C.** <br> Attorneys for Defendant CareCore National, LLC d/b/a eviCore Healthcare |
| By: */s/ George Karousatos* <br>     George Karousatos, Esq. <br>     Justin M. Day, Esq. | By: */s/ Robert V. Dell'Osa* <br>     Robert V. Dell'Osa, Esq. |
| Dated: February 27, 2019 | Dated: February 27, 2019 |